FILED
2010 Jun-30 AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] 2:10-CR-106-LSC-HGD |
| MAURICE LEVELL CORDER, | ] |
| Defendant. | ] |

Order Accepting Report and Recommendation

This court has reviewed the Report and Recommendation of the Honorable Harwell G. Davis, United States Magistrate Judge [Doc. 13] entered the 25th day of June, 2010, pertaining to Defendant's Motion to Suppress [Doc. 10].

After careful consideration of the record in this case and the Magistrate Judge's findings and recommendations, this Court hereby ADOPTS the report of the Magistrate Judge.  The Court further ACCEPTS the recommendations of the Magistrate Judge, and therefore ORDERS Defendant's Motion to Suppress is DENIED.

Done this <u>30th</u> day of <u>June 2010</u>.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671